

Sara J. Isaacson

420 Lexington Avenue, Suite 1830
New York, New York 10170-1830
Main: 212.392.4772
Direct: 212.738.9358
Fax: 212.444.1030
sara@lipskylowe.com

www.lipskylowe.com

October 25, 2022

VIA ECF
The Honorable Vera M. Scanlon, U.S.M.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Karaisaridis v. Red Panda Asian Bistro Inc., *et al*.,
              1:19-cv-03780 (ENV) (VMS)

Dear Magistrate Judge Scanlon:

      This firm represents Plaintiffs Kasey Karaisaridis, Alfonso Gonzalez and Dominique Ritchie. We submit, under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), a revised settlement agreement for the Court's consideration and approval.

      On August 30, 2022, the parties submitted a settlement agreement for the Court's review. On September 14, 2022, the parties participated in a *Cheeks* hearing, during which Your Honor identified certain issues with the settlement agreement: (1) adding a section to make it clear that the Court may retain jurisdiction to enforce the terms of the agreement, (2) removing a section that provided that Plaintiffs would forfeit the settlement monies if they are in material breach of the agreement, and (3) changing the title of the agreement from "Settlement Agreement, General Release and Waiver" to "Settlement Agreement, Limited Release, and Waiver." The parties revised the agreement to incorporate these changes and, accordingly, respectfully request that the Court approve the agreement as fair and reasonable.

      We thank the Court for its time and attention to this matter.

                                 Respectfully submitted,
                                 LIPSKY LOWE LLP

                                 s/ Sara J. Isaacson
                                 Sara J. Isaacson

cc:  Counsel of record (via ECF)