UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KASEY KARAISARIDIS, Individually and on behalf of all other persons similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>RED PANDA ASIAN BISTRO INC. d/b/a LOBSTER HOUSE, SAM CHENG and MAY CHENG, Jointly and Severally,<br><br>        Defendants. | 1:19-cv-03780 (ENV) (VMS) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Kasey Karaisaridis, Dominique Ritchie and Alfonso Eslava Gonzalez and all Defendants, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss their claims action with prejudice, resolving all matters in dispute having been made and each party bearing its own fees and costs.

The Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement it approved under its March 20, 2023 Order.

| | |
|---|---|
| Dated: New York, New York<br>       April 26, 2023 | Dated: Flushing, New York<br>       April 25, 2023 |
| LIPSKY LOWE LLP | HUI CHEN & ASSOCIATES, PLLC |
| By: _____<br>    Douglas B. Lipsky | By: _____/s/ Hui Chen_____<br>    Hui Chen |

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: 5/15/2023

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

Page 1 of 1

*The Clerk is directed to close this case.*