# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW

Tel: 718 762 1324   johntroy@troypllc.com   Fax: 718 762 1342

41-25 Kissena Blvd., Suite 110, Flushing, New York 11355

August 13, 2026

*Via* **ECF**

Hon. Eric N. Vitaliano, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:    Joint Status Report re Trial Dates**
1:19-cv-03780-ENV-VMS *Karaisaridis v. Red Panda Asian Bistro Inc. et al*

Your Honor,

We represent Plaintiff Niquan Wallace, in the above referenced matter. We write respectfully and jointly with Defendants pursuant to your Honors order August 5, 2026, that the parties are to provide a status report to the court regarding our Joint Proposal of Trial Dates.

As such, the Parties propose the following dates:

1.    October 26, 2026 – October 30, 2026
2.    December 7, 2026 – December 11, 2026
3.    December 14, 2026 – December 18, 2026
4.    January 11, 2027 – January 15, 2026
5.    February 1, 2027 – February 5, 2026

We thank the Court for its time and attention to this matter and apologize for the tardiness of the letter to Your Honor.

Respectfully Submitted,

/s/ John Troy, *esq.*
John Troy
(*Attorney for Plaintiff Wallace*)

*Cc: all counsel of record via ECF*

*/abi*